AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>JEREMY GRACE<br>DOB: XXXXXXXX<br><br>Defendant(s) | Case: 1:21-mj-00442<br>Assigned to: Judge Faruqui, Zia M.<br>Assign Date: 5/24/2021<br>Description: COMPLAINT W/ ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of January 6, 2021 in the county of _____ in the District of Columbia, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a)(1) | Unlawful entry of a restricted building |
| 18 U.S.C. § 1752(a)(2) | Disorderly conduct in a restricted building |
| 40 U.S.C. § 5104(e)(2)(D) | Dsorderly conduct in the Capitol building or grounds |
| 40 U.S.C. § 5104(e)(2)(G) | Parading, demonstrating, or picketing in a Capitol Building |

This criminal complaint is based on these facts:

See attached affidavit

☐ Continued on the attached sheet.

*Complainant's signature*

T. Michael Class Jr., Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 05/24/2021

*Judge's signature*

City and state: Washington, D.C.

*Printed name and title*