Gerald M. Needham, OSB #963746
Assistant Federal Public Defender
101 S.W. Main Street, Suite 1700
Portland, Oregon  97204
Tel:     (503) 326-2123
Fax:    (503) 326-5524
jerry_needham@fd.org

Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA, | Case No. 1:21-mj-00442-ZMF-1 |
|---|---|
| Plaintiff, | NOTICE OF ATTORNEY APPEARANCE |
| v. | |
| JEREMY GRACE, | |
| Defendant. | |

Please take notice that Assistant Federal Public Defender Gerald M. Needham appears for Defendant Jeremy Grace in the above-captioned matter.

Respectfully submitted on June 8, 2021.

                                        */s/ Gerald M. Needham*
                                        Gerald M. Needham
                                        Assistant Federal Public Defender